1  J. Russell Stedman (117130)
   Jordan S. Altura (209431)
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California  94108
   Telephone:  (415) 434-2800
4  Facsimile:  (415) 434-2533

5  Attorneys for Defendants
   METROPOLITAN LIFE INSURANCE COMPANY
6  AND VISA HUMAN RESOURCE SERVICES, INC.
   LONG TERM DISABILITY BENEFIT PLAN

7

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ANDREA STOWERS,                            ) CASE NO.:  C-05-00478-CW
                                               )
13             Plaintiff,                       ) **STIPULATION AND ORDER FOR**
                                               ) **DISMISSAL OF ACTION WITHOUT**
14       vs.                                    ) **PREJUDICE PURSUANT TO F.R.C.P.**
                                               ) **41(a)(2)**
15  METROPOLITAN LIFE INSURANCE                 )
    COMPANY and VISA HUMAN RESOURCE            )
16  SERVICES, INC. LONG TERM                    )
    DISABILITY BENEFIT PLAN,                    )
17                                             )
               Defendants.                      )
18  _____
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

c:\documents and settings\workstation\local settings\temp\notes06e812\~6966255.doc -1-                    C-05-00478-CW
STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

1    Due to the fact that Defendant Metropolitan Life Insurance Company ("MetLife") has

2    resumed making regular disability payments to Plaintiff, Plaintiff and Defendants, by and through

3    their respective counsel of record, do hereby stipulate that this action be dismissed in its entirety

4    without prejudice pursuant to F.R.C.P. 41(a)(2), each party to bear its own costs of suit and

5    attorney's fees.

6         IT IS SO STIPULATED.

7    DATE:  May 31, 2005

                                          BARGER & WOLEN LLP

8

9

10                                         By: _____

11                                             J. RUSSELL STEDMAN
                                               JORDAN S. ALTURA

12                                             Attorneys for Defendants
                                               METROPOLITAN LIFE INSURANCE

13                                             COMPANY and VISA HUMAN
                                               RESOURCE SERVICES, INC. LONG
                                               TERM DISABILITY BENEFIT PLAN

14   DATE:  May 31, 2005

                                          PILLSBURY & LEVINSON

15

16

17                                           By: _____

18                                             ARNOLD LEVINSON
                                               RICHARD SHIVELY

19                                           Attorneys for Plaintiff
                                               ANDREA STOWERS

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-    C-05-00478-CW

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

1

### <u>ORDER</u>

2

      GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED that this action is

3

dismissed without prejudice in its entirety, pursuant to F.R.C.P. 41(a)(2).

4

5

DATE:  June 1, 2005             By:  <u>/s/ CLAUDIA WILKEN          </u>

6

                                   The Honorable Claudia Wilken
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800